## DECLARATION OF SERVICE

JOHN J.P. HOWLEY, a lawyer duly admitted to practice before this Court, declares under penalty of perjury that Seth Eisenberger, Esq., attorney for all defendants, confirmed to me today that he was "accepting service of process on behalf of all defendants effective as of today, April 20, and that all defendants' answers, pre-motion letters or responsive motions shall not be due before May 15."

Dated: New York, New York
April 20, 2017

_____
John J.P. Howley