UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSE ANN PAGUIRIGAN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>-vs-<br><br>PROMPT NURSING EMPLOYMENT AGENCY LLC d/b/a SENTOSA SERVICES, SENTOSACARE LLC, SENTOSA NURSING RECRUITMENT AGENCY, BENJAMIN LANDA, BENT PHILIPSON, BERISH RUBENSTEIN a/k/a BARRY RUBENSTEIN, FRANCIS LUYUN, GOLDEN GATE REHABILITATION & HEALTH CARE CENTER LLC, and SPRING CREEK REHABILITATION AND NURSING CENTER,<br><br>       Defendants | Civil Action No.: 17-cv-01302 (NG-JO)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as co-counsel in this case for Defendants PROMPT NURSING EMPLOYMENT AGENCY LLC d/b/a SENTOSA SERVICES, SENTOSACARE LLC, SENTOSA NURSING RECRUITMENT AGENCY, BENJAMIN LANDA, BENT PHILIPSON, BERISH RUBENSTEIN a/k/a BARRY RUBINSTEIN, FRANCIS LUYUN, GOLDEN GATE REHABILITATION & HEALTH CARE CENTER LLC, and SPRING CREEK REHABILITATION AND NURSING CENTER.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
    June 6, 2017

               Respectfully submitted,

                /s/ *Alan M. Pollack*
               Alan M. Pollack
               ROBINSON BROG LEINWAND GREENE
               GENOVESE & GLUCK, P.C.
               875 Third Avenue, 9th Floor
               New York, New York 10022
               (212) 603-6300
               *Attorneys for Defendants*