Sheldon Eisenberger, Esq. (SE-2021)
seisenberger@robinsonbrog.com
Alan M. Pollack, Esq. (AMP-3759)
amp@robinsonbrog.com
Elliot Hahn, Esq. (EH-6087)
eh@robinsonbrog.com
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th fl.
New York, New York 10022
(212) 603-6300

and

Seth Eisenberger (SE-6769)
THE LAW OFFICE OF SETH EISENBERGER
969 East 27th Street
Brooklyn, New York 11210
Tel. No.: (347) 410-5800
Email: seth@sethesq.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSE ANN PAGUIRIGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>PROMPT NURSING EMPLOYMENT AGENCY LLC d/b/a SENTOSA SERVICES, SENTOSACARE LLC, SENTOSA NURSING RECRUITMENT AGENCY, BENJAMIN LANDA, BENT PHILIPSON, BERISH RUBENSTEIN a/k/a BARRY RUBENSTEIN, FRANCIS LUYUN, GOLDEN GATE REHABILITATION & HEALTH CARE CENTER LLC, and SPRING CREEK REHABILITATION AND NURSING CENTER,<br><br>Defendants | Civil Action No.: 17-cv-01302 (NG-JO)<br><br>**<u>NOTICE OF MOTION</u>** |

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Sheldon

Eisenberger, dated August 2, 2017, and the exhibits annexed thereto, the accompanying

{00875562.DOC;1 }

Memorandum of Law, and upon the Complaint in this action, Defendants Prompt Nursing Employment Agency LLC d/b/a Sentosa Services ("Prompt"), Sentosacare LLC, Sentosa Nursing Recruitment Agency, Benjamin Landa, Bent Philipson, Berish Rubenstein a/k/a Barry Rubenstein, Francis Luyun, Golden Gate Rehabilitation & Health Care Center LLC, and Spring Creek Rehabilitation and Nursing Center will move this Court, the Honorable Nina Gershon, United States District Judge, at the United States Court House, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be set by the Court, for an Order: (i) pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Complaint's Fourth Claim against all Defendants, other than Prompt, for failure to state a claim for which relief can be granted; (ii) pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint's First, Second, Third and Fifth Claims for failure to state a claim for which relief can be granted; (iii) pursuant to Fed. R. Civ. P. 12(b)(1), dismissing the entire action for lack of subject matter jurisdiction in the event the First through Third Claims are dismissed; and (iv) for such other and further relief as the Court deems just and proper.

Dated: New York, New York
      August 2, 2017

                                      ROBINSON BROG LEINWAND GREENE
                                      GENOVESE & GLUCK P.C.

                                      By:   /s/Sheldon Eisenberger
                                              Sheldon Eisenberger (SE-2021)
                                      875 Third Avenue, 9th Floor
                                      New York, New York 10022
                                      (212) 603-6300

                                      and

THE LAW OFFICE OF SETH EISENBERGER

By:<u>/s/ Seth Eisenberger</u>
Seth Eisenberger (SE-6769)
969 East 27th Street
Brooklyn, New York 11210
Tel. No.: (347) 410-5800
Email: seth@sethesq.com

*Counsel for Defendants*