# Hahn Eisenberger PLLC
ATTORNEYS AT LAW

969 EAST 27TH STREET
BROOKLYN, NEW YORK 11210
(347) 410-5800
FAX: (347) 435-2148

WRITER'S EMAIL ADDRESS:
EHAHN@HAHNEISENBERGER.COM

October 26, 2018

**Via ECF & Hand Delivery**
The Honorable Nina Gershon
United States District Judge
United State District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Paguirigan v. Prompt Nursing Employment Agency LLC et al.*
           **Docket No.: 17-cv-1302 (NG)(JO)**

Dear Judge Gershon:

    We represent Defendants in the matter referenced above and write at the direction of the Court regarding the proposed class notice submitted by Plaintiff on October 11, 2018.

    Enclosed is a redlined version of Plaintiff's submission setting forth our proposed changes to the class notice. We submitted the enclosed redline version of the notice yesterday evening to Plaintiff's counsel, and inquired whether counsel consented to our proposed changes, and we have not yet heard back.

    We respectfully request that the Court approve the changes made to Plaintiff's proposed class notice.

    We thank the Court for its attention to this matter.

                                                    Respectfully submitted,

                                                    /s/ Elliot Hahn

                                                    Elliot Hahn (EH-6087)

Encl.

Cc: All Counsel (via ECF)

{100050}