THE HOWLEY LAW FIRM P.C.
350 FIFTH AVENUE, 59TH FLOOR
NEW YORK, NEW YORK 10118
(212) 601-2728
FAX: (347) 603-1328

WWW.HOWLEYLAWFIRM.COM

December 17, 2018

The Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Paguirigan v. Prompt Nursing Employment Agency LLC, et al.*,
          1:17 Civ. 1302 (NG) (JO)

Dear Judge Gershon:

    I write on behalf of plaintiff to comply with the Court's November 28, 2018 Order [ECF Dkt. No. 80] directing plaintiff to confirm notification to the class.

    On December 4, 2018, the Court-approved notice was mailed by First Class Mail to 184 class members for whom the defendants produced a last payroll address of record.

    The Court-approved publication notice is scheduled to run weekly in the Asian Journal and the Filipino Reporter through the week ending January 25, 2019.  (The 45-day opt-out period ends on January 22, 2019).

    Both the mailed and published notices direct readers to www.sentosaclassaction.com for more information.

                                                  Respectfully submitted,

                                                  */s John Howley*

                                                  John Howley