**HAHN EISENBERGER PLLC**
Seth Eisenberger (SE-6769)
Elliot Hahn (EH-6087)
Hahn Eisenberger PLLC
969 East 27th Street
Brooklyn, New York 11210
347-410-5800
mail@hahneisenberger.com

and

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C.**
Sheldon Eisenberger (SE-2021)
Alan M. Pollack (AMP-3759)
Tarique Collins (TC-4744)
875 Third Avenue, 9th Floor
New York, NY 10022
212-603-6300

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSE ANN PAGUIRIGAN, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br>-vs-<br><br>PROMPT NURSING EMPLOYMENT AGENCY LLC d/b/a SENTOSA SERVICES, SENTOSACARE LLC, SENTOSA NURSING RECRUITMENT AGENCY, BENJAMIN LANDA, BENT PHILIPSON, BERISH RUBENSTEIN a/k/a BARRY RUBENSTEIN, FRANCIS LUYUN, GOLDEN GATE REHABILITATION & HEALTH CARE CENTER LLC, and SPRING CREEK REHABILITATION AND NURSING CENTER,<br><br>                   Defendants | Civil Action No.: 17-cv-01302(NG)(JO)<br><br>**NOTICE OF MOTION** |

       PLEASE TAKE NOTICE, that upon the accompanying Declaration of Elliot Hahn, dated

August 31, 2018, and the exhibits annexed thereto, the Declaration of Berish Rubinstein dated

{099116}

August 27, 2018, and the exhibits annexed thereto, the Statement of Material Facts pursuant to Local Rule 56.1, the accompanying Memorandum of Law, and upon all prior pleadings and proceedings in this action, Defendants Prompt Nursing Employment Agency LLC d/b/a Sentosa Services ("Prompt"), Sentosacare LLC, Sentosa Nursing Recruitment Agency, Benjamin Landa, Bent Philipson, Berish Rubenstein a/k/a Barry Rubenstein, Francis Luyun, Golden Gate Rehabilitation & Health Care Center LLC, and Spring Creek Rehabilitation and Nursing Center will move this Court, the Honorable Nina Gershon, United States District Judge, at the United States Court House, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 56 (i) granting summary judgement to Defendants dismissing all claims asserted against them in this action; (ii) granting summary judgment to Prompt on its counterclaims; and (ii) for such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
       August 31, 2018

**HAHN EISENBERGER PLLC**
By: /s/ Elliot Hahn
Seth Eisenberger (SE-6769)
Elliot Hahn (EH-6087)
Hahn Eisenberger PLLC
969 East 27th Street
Brooklyn, New York 11210
347-410-5800
mail@hahneisenberger.com

and

**ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK, P.C.**
Sheldon Eisenberger (SE-2021)
Alan M. Pollack (AMP-3759)
Tarique Collins (TC-4744)
875 Third Avenue, 9th Floor
New York, NY 10022
212-603-6300
*Attorneys for Defendants*