THE HOWLEY LAW FIRM P.C.
350 FIFTH AVENUE, 59TH FLOOR
NEW YORK, NEW YORK 10118
(212) 601-2728
FAX: (347) 603-1328

WWW.HOWLEYLAWFIRM.COM

October 17, 2019

The Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Paguirigan v. Prompt Nursing Employment Agency LLC, et al.*,
          1:17 Civ. 1302 (NG) (JO)

Dear Judge Gershon:

    I represent the named plaintiff and the plaintiff class in the above captioned action. I write in compliance with the Court's October 2, 2019 Order directing that we file a report regarding whether any class members have opted out of the class.

    We have not received any requests to opt out of the class.

    We have received a number of requests to be included in the class from individuals who were not identified as class members during discovery. In response to each request, we have asked for pay stubs, W-2s, or other evidence of the person's employer and dates of employment.

    To date, everyone who has requested to be included in the class has given us documents showing that their employment with defendants ended before the December 23, 2008 start date of the class period.

                                              Respectfully submitted,

                                             John J.P. Howley