United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

  2:20   CV  06291 (GRB)(AKT)

1) indicated that this case is related to the following case(s):

  1:17       CV  01302 (NG)(CLP)
  1:20      CV   06131 (NGG)(CLP)

2) was directly assigned as a Pro Se case related to