

80-02 Kew Gardens Road
Kew Gardens, NY 11415
212.981.8440
Facsimile 888.442.0284
www.lipsiuslaw.com

IRA S. LIPSIUS
Direct Line: 212-981-8442
Email: ilipsius@lipsiuslaw.com

July 1, 2021

**VIA ECF**

Honorable Chief Magistrate Judge
Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Paguirigan v. Prompt Nursing Employment Agency LLC et al*
Docket No. Civil Action Number: 1:17-cv-01302-NG-CLP
Our File No. 5075.0006

Dear Honorable Chief Judge Pollak:

We submit this letter as a joint request by all parties to adjourn the settlement conference scheduled for July 2, 2021 at 10:15am to a later date that the Court is available and mutually agreed upon between the parties. We are pleased to report that the parties have agreed upon a settlement in principle subject to client approval upon settlement terms, rendering the July 2 settlement conference unnecessary. The parties will be working together on drafting the various agreements and related documents necessary to effectuate the settlement. The parties believe they will benefit from a conference at a later date, with Your Honor, in order to aid the parties to consummate the agreement.

We thank the Court for its consideration of this request.

Respectfully submitted,

By: /s/ Ira S. Lipsius

Lipsius – BenHaim Law LLP
80-02 Kew Gardens Road
Suite 1030
Kew Gardens, NY  11415