UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSE ANN PAGUIRIGAN, individually and
on behalf of all others similarly situated,                     :

                   Plaintiff,                     :          1:17 Civ. 1302 (NG) (CLP)

          -vs-                     :          **NOTICE OF MOTION**

PROMPT NURSING EMPLOYMENT AGENCY    :
LLC d/b/a SENTOSA SERVICES,
SENTOSACARE LLC, SENTOSA NURSING      :
RECRUITMENT AGENCY, BENJAMIN LANDA,
BENT PHILIPSON, BERISH RUBENSTEIN a/k/a  :
BARRY RUBENSTEIN, FRANCIS LUYUN,
GOLDEN GATE REHABILITATION & HEALTH  :
CARE CENTER LLC, and SPRING CREEK
REHABILITATION AND NURSING CENTER,       :

                 Defendants.                     :
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed Declaration of John J.P. Howley, the

exhibits annexed thereto, the accompanying memorandum of law, and all prior proceedings had

herein, Plaintiff Rose Ann Paguirigan and Defendants Prompt Nursing Employment Agency

LLC d/b/a/ Sentosa Services, SentosaCare LLC, Sentosa Nursing Recruitment Agency,

Benjamin Landa, Bent Philipson, Berish Rubenstein a/k/a Barry Rubenstein, Francris Luyun,

Golden Gate Rehabilitation & Health Care Center LLC, and Spring Creek Rehabilitation and

Nursing Center will jointly move this Court, at a date and time set at the Court's earliest

convenience, for an Order granting preliminary approval of a settlement of this class action,

approval of the Notice of Settlement to class members, and such other relief as the Court deems

just and proper.

Dated: New York, New York
October 4, 2021

| The Howley Law Firm P.C | Hahn Eisenberger PLLC |
|---|---|
| /s John J.P. Howley | Elliot Hahn |
| John J.P. Howley | Seth Eisenberger |
| Leandro B. Lachica | 969 East 27th Street |
| 1345 6th Ave 2nd Floor | Brooklyn, NY 11210 |
| New York, NY 10105 | 347-410-5800 Fax: 347-435-2148 |
| 212-601-2728 Fax: 347-603-1328 | Email: Ehahn@hahneisenberger.com |
| Email: jhowley@johnhowleyesq.com | *Co-counsel for Defendants* |
| *Attorneys for the Plaintiff Class* | |
| | Lipsius BenHaim Law, LLC |
| | Ira S. Lipsius |
| | 8002 Kew Gardens Road |
| | Kew Gardens, NY 11415 |
| | 212-981-8442 |
| | Email: iral@lipsiuslaw.com |
| | *Co-counsel for Defendants* |