UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSE ANN PAGUIRIGAN, individually and
on behalf of all others similarly situated,                :

                           Plaintiff,                :        1:17 Civ. 1302 (NG) (CLP)

                -vs-                          :        **NOTICE OF MOTION**

PROMPT NURSING EMPLOYMENT AGENCY           :
LLC d/b/a SENTOSA SERVICES,
SENTOSACARE LLC, SENTOSA NURSING           :
RECRUITMENT AGENCY, BENJAMIN LANDA,
BENT PHILIPSON, BERISH RUBENSTEIN a/k/a    :
BARRY RUBENSTEIN, FRANCIS LUYUN,
GOLDEN GATE REHABILITATION & HEALTH        :
CARE CENTER LLC, and SPRING CREEK
REHABILITATION AND NURSING CENTER,         :

                      Defendants.                :
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed Declaration of John J.P. Howley, the exhibits annexed thereto, the accompanying memorandum of law, and all prior proceedings had herein, Plaintiff Rose Ann Paguirigan and Defendants Prompt Nursing Employment Agency LLC d/b/a/ Sentosa Services, SentosaCare LLC, Sentosa Nursing Recruitment Agency, Benjamin Landa, Bent Philipson, Berish Rubenstein a/k/a Barry Rubenstein, Francris Luyun, Golden Gate Rehabilitation & Health Care Center LLC, and Spring Creek Rehabilitation and Nursing Center will jointly move this Court, on February 22, 2022, or on such other date set by the Court, for an Order granting final approval of a settlement of this class action and such other relief as the Court deems just and proper.

1

Dated: New York, New York
       February 8, 2022

| The Howley Law Firm P.C | Hahn Eisenberger PLLC |
|---|---|
| */s John J.P. Howley* | */s Elliot Hahn* |
| _____ | _____ |
| John J.P. Howley<br>Leandro B. Lachica<br>1345 6th Ave 2nd Floor<br>New York, NY 10105<br>212-601-2728 Fax: 347-603-1328<br>Email: jhowley@johnhowleyesq.com<br>*Attorneys for the Plaintiff Class* | Elliot Hahn<br>Seth Eisenberger<br>969 East 27th Street<br>Brooklyn, NY 11210<br>718-207-3453 Fax: 347-435-2148<br>Email: Ehahn@hahneisenberger.com<br>*Co-counsel for Defendants*<br><br>Lipsius BenHaim Law, LLC<br><br>*/s Ira S. Lipsius*<br><br>_____<br>Ira S. Lipsius<br>8002 Kew Gardens Road<br>Kew Gardens, NY 11415<br>212-981-8442<br>Email: iral@lipsiuslaw.com<br>*Co-counsel for Defendants* |