## Class Settlement Payments

| First Name | Last Name | Damages | 9% Interest | Total Settlement Payment |
|---|---|---|---|---|
| Charity Hope | Abamonga | $10,905.34 | $3,501.58 | $14,406.92 |
| Gloria | Agoto | $5,722.90 | $2,575.22 | $8,298.12 |
| Elizabeth | Almazan | $26,967.79 | $10,042.78 | $37,010.57 |
| Melanie | Alterado | $1,353.27 | $487.18 | $1,840.45 |
| Lerio | Alvarado | $18,645.16 | $6,778.81 | $25,423.97 |
| Lorna | Amindalan | $13,959.25 | $9,404.46 | $23,363.71 |
| Robin | Ancheta | $8,043.47 | $5,157.41 | $13,200.88 |
| Wilwen | Antigua | $11,479.15 | $4,048.71 | $15,527.86 |
| Ophelia | Arana | $11,109.39 | $3,677.17 | $14,786.56 |
| Melissa | Aranton | $23,413.32 | $9,976.59 | $33,389.91 |
| Charisse | Arca | $32,451.54 | $22,866.09 | $55,317.63 |
| Ivy Pearl | Arevalo | $10,214.99 | $3,179.80 | $13,394.79 |
| May | Asotigue | $12,386.00 | $5,573.79 | $17,959.79 |
| Michelle | Atayde | $33,870.75 | $22,166.78 | $56,037.53 |
| Sonia | Austria | $19,397.62 | $12,865.41 | $32,263.03 |
| Alexander | Bane | $13,579.60 | $6,110.82 | $19,690.42 |
| Hyacinth | Baraan | $29,372.22 | $16,047.67 | $45,419.89 |
| Diana | Bartolome | $1,441.20 | $389.18 | $1,830.38 |
| Joan | Basinal | $2,597.09 | $934.95 | $3,532.04 |
| Ryan | Bautista | $3,342.00 | $1,503.90 | $4,845.90 |
| Clarissa | Baylon | $2,434.08 | $876.27 | $3,310.35 |
| Redentor | Belvis | $2,785.55 | $1,253.50 | $4,039.05 |
| Vivian | Blanco | $1,741.16 | $626.82 | $2,367.98 |
| Ma. Charisma | Bolido | $1,211.58 | $436.16 | $1,647.74 |
| Michelle | Borra | $8,360.51 | $5,543.62 | $13,904.13 |
| Jackie | Budlong | $7,557.12 | $4,373.57 | $11,930.69 |
| Noemi | Budlong | $7,818.81 | $4,650.90 | $12,469.71 |
| Jaime | Buenaventura | $19,435.27 | $6,707.44 | $26,142.71 |
| Julius | Bugante | $40,853.35 | $22,904.77 | $63,758.12 |
| Jessica | Bunao | $11,471.00 | $8,006.28 | $19,477.28 |
| Charisse | Butanas | $11,050.00 | $6,961.50 | $18,011.50 |
| Roper | Caguan | $3,119.63 | $1,684.60 | $4,804.23 |
| Ma. Fatima | Caguete | $841.55 | $227.27 | $1,068.82 |
| Frederick | Calara | $32,479.50 | $20,665.56 | $53,145.06 |
| Mariano | Calimag | $5,257.10 | $1,892.63 | $7,149.73 |
| Shiela Marie | Caluag | $3,644.13 | $1,967.87 | $5,612.00 |
| Nur-Ainie | Calvi | $34,578.75 | $22,185.27 | $56,764.02 |
| Rizalie Ann | Camacho | $5,910.84 | $1,595.99 | $7,506.83 |
| Bridelyn | Caoagas | $20,952.50 | $12,441.16 | $33,393.66 |
| Arlene | Carpio | $4,152.56 | $2,989.84 | $7,142.40 |
| Cecile | Carreon | $28,492.10 | $13,234.63 | $41,726.73 |
| Maria Theresa | Casado | $11,236.84 | $4,045.32 | $15,282.16 |
| Christine | Castro | $24,945.50 | $12,414.89 | $37,360.39 |
| Dymonde | Catiling | $3,025.75 | $1,089.27 | $4,115.02 |
| Lorie | Cedilla | $5,558.25 | $3,400.86 | $8,959.11 |
| Analyn | Chua | $8,716.09 | $6,275.58 | $14,991.67 |
| Jennifer A. | Chua | $1,906.38 | $857.87 | $2,764.25 |
| Mylyn | Clerigo | $28,345.66 | $9,630.38 | $37,976.04 |
| Darwin | Costales | $19,859.50 | $12,511.11 | $32,370.61 |

| | | | | |
|---|---|---|---|---|
| Theresa | Cotaco | $39,155.50 | $21,631.55 | $60,787.05 |
| Maria Socorro R. | Cruz | $12,645.69 | $3,414.43 | $16,060.12 |
| Charie | Dagui | $16,435.86 | $6,126.70 | $22,562.56 |
| Germaine Kristina | Dano | $2,069.46 | $745.01 | $2,814.47 |
| Marian Ritz | De Los Reyes | $23,414.05 | $9,660.37 | $33,074.42 |
| Joanne R | Dela Rosa | $26,663.50 | $14,456.29 | $41,119.79 |
| Donald L | Doles | $23,715.17 | $8,608.07 | $32,323.24 |
| Everlyn C | Domingo | $10,259.62 | $6,033.77 | $16,293.39 |
| Luann M | Duterte | $39,933.00 | $22,924.33 | $62,857.33 |
| Vilma | Egina | $9,502.50 | $6,530.40 | $16,032.90 |
| Blossom | Engbino | $21,250.71 | $6,647.48 | $27,898.19 |
| Alvin | Flores | $28,320.50 | $18,418.05 | $46,738.55 |
| Wences | Fuertes | $17,540.39 | $5,447.70 | $22,988.09 |
| Primera | Gadia | $17,877.78 | $11,610.36 | $29,488.14 |
| Nathaniel | Galapon | $1,319.06 | $593.58 | $1,912.64 |
| Rogelio | Galliguez | $15,950.59 | $5,840.65 | $21,791.24 |
| Desiree | Gardon | $16,009.10 | $5,055.61 | $21,064.71 |
| Heidi | Giron | $16,533.00 | $13,919.49 | $30,452.49 |
| Tiffany | Go | $9,036.33 | $6,349.09 | $15,385.42 |
| Perciela B | Herrera | $1,743.25 | $784.46 | $2,527.71 |
| Mary Ann | Heyrana | $8,470.18 | $2,036.22 | $10,506.40 |
| Mary Mildred | Hontucan | $18,229.52 | $11,206.62 | $29,436.14 |
| Diala | Hular | $16,040.84 | $4,637.58 | $20,678.42 |
| Ronaldo | Ignacio | $2,158.74 | $777.14 | $2,935.88 |
| Irene | Imperial | $5,584.67 | $2,513.16 | $8,097.83 |
| Cynthia B | Ince | $2,206.32 | $1,191.30 | $3,397.62 |
| Sheila | Jordan | $1,444.18 | $519.98 | $1,964.16 |
| Ma. Ruth | Jose | $32,228.37 | $21,307.89 | $53,536.26 |
| Ernesto | Lagliba | $18,743.75 | $11,035.45 | $29,779.20 |
| Elenee | Largado | $28,772.25 | $16,143.64 | $44,915.89 |
| Arch Knievel | Layumas | $19,893.45 | $6,049.14 | $25,942.59 |
| Hermie-Linda | Legaspi | $3,251.38 | $1,463.32 | $4,714.70 |
| Anna Marie | Leones | $14,505.27 | $9,138.32 | $23,643.59 |
| Kristina | Limjuco | $21,836.50 | $13,097.51 | $34,934.01 |
| Cherry | Llaneza | $34,486.15 | $23,435.42 | $57,921.57 |
| Jamie | Llarena | $19,245.50 | $12,639.99 | $31,885.49 |
| Rachel Ann | Loresto | $2,755.38 | $743.95 | $3,499.33 |
| Lanie Alvarez | Maagad | $30,216.90 | $16,096.36 | $46,313.26 |
| Gladys Tato | Macanas | $8,081.29 | $1,719.87 | $9,801.16 |
| Arlyn | Manrique | $2,413.90 | $651.72 | $3,065.62 |
| Madelyn | Manuel | $7,286.43 | $2,388.96 | $9,675.39 |
| Maricel | Marcelo | $3,816.49 | $1,373.94 | $5,190.43 |
| Mark | Maristela | $16,658.24 | $6,956.60 | $23,614.84 |
| Maria Grace | Mimay | $2,588.36 | $1,397.66 | $3,986.02 |
| Ermelinda | Monderin | $2,880.75 | $1,296.25 | $4,177.00 |
| Armida | Nicolas | $4,183.23 | $1,882.48 | $6,065.71 |
| Marilou | Orlina | $383.88 | $214.29 | $598.17 |
| Margaret | Padernal | $13,513.00 | $6,680.94 | $20,193.94 |
| Rose Ann | Paguirigan | $10,263.13 | $4,611.15 | $14,874.28 |
| Irma | Pagulayan | $13,842.07 | $5,541.68 | $19,383.75 |
| May Angelique | Palo | $27,680.25 | $15,168.13 | $42,848.38 |
| Noreen | Paronda | $16,916.32 | $6,375.22 | $23,291.54 |

| First Name | Last Name | | | |
|---|---|---:|---:|---:|
| Maria Ely | Perolino | $3,556.83 | $1,600.61 | $5,157.44 |
| Maria Isabel | Pintor | $15,824.41 | $4,949.31 | $20,773.72 |
| Cheryl Anne | Poe | $10,953.22 | $2,957.34 | $13,910.56 |
| Perix | Pregides Payne | $14,240.07 | $4,602.76 | $18,842.83 |
| Ma. Teresita | Purugganan | $20,162.50 | $6,237.96 | $26,400.46 |
| Leonila | Racraquin | $3,660.16 | $1,298.49 | $4,958.65 |
| Eunice | Ramirez | $17,174.28 | $6,375.79 | $23,550.07 |
| Christie Rose | Ramos | $19,313.28 | $13,107.64 | $32,420.92 |
| Geraldine D | Ramos | $15,232.30 | $8,638.95 | $23,871.25 |
| Riza | Renomeron | $24,901.05 | $13,974.25 | $38,875.30 |
| Petronillo Noel | Reyes | $36,354.25 | $19,589.90 | $55,944.15 |
| Rosalie | Reyes | $15,630.75 | $9,313.40 | $24,944.15 |
| Evita Bello | Rodriguez | $10,000.00 | $0.00 | $10,000.00 |
| Roselle | Santos | $5,503.23 | $1,941.01 | $7,444.24 |
| James | Soriano | $2,170.73 | $976.82 | $3,147.55 |
| Lelita | Suan | $911.31 | $328.07 | $1,239.38 |
| Kathleen | Sundo | $4,830.70 | $1,739.05 | $6,569.75 |
| Madel | Tagalog Sta Teresa | $23,390.20 | $8,995.87 | $32,386.07 |
| Anna | Talento | $10,075.68 | $2,720.49 | $12,796.17 |
| Sheryl Botin | Tirol | $2,815.99 | $1,013.76 | $3,829.75 |
| Aleli | Turqueza | $4,648.21 | $1,583.09 | $6,231.30 |
| Jim | Untalan | $6,950.02 | $1,876.44 | $8,826.46 |
| Virgilio | Valencia | $19,569.14 | $6,126.97 | $25,696.11 |
| Evangeline | Valenzuela | $371.39 | $100.24 | $471.63 |
| Mark | Vetus | $10,572.93 | $4,696.40 | $15,269.33 |
| Maricar | Villarin | $7,468.35 | $2,457.03 | $9,925.38 |
| Amabelle | Yap | $4,970.42 | $2,684.07 | $7,654.49 |
| Melodee | Zamora | $4,677.00 | $2,285.16 | $6,962.16 |

|  |  |
|---|---:|
| Total Payments to Class Members | $2,579,872.63 |
| Named Plaintiff's Incentive Payment | $10,000.00 |
| Requested Attorneys' Fees and Costs | $621,432.43 |
| **TOTAL SETTLEMENT PAYMENT** | **$3,211,305.06** |