**THE HOWLEY LAW FIRM P.C.**
1345 AVENUE OF THE AMERICAS, 2ND FLOOR
NEW YORK, NEW YORK 10105
(212) 601-2728
JHOWLEY@HOWLEYLAWFIRM.COM

March 8, 2023

The Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *Paguirigan v. Prompt Nursing Employment Agency, LLC, et al.,*
              1:17 Civ. 1302 (NG) (E.D.N.Y.)

Dear Judge Gershon:

    I write on behalf of the plaintiff class to comply with the Court's February 28, 2023 directive that I "report whether [the] issue regarding IRS Form 1099-MISC has been resolved by March 8, 2023."

    I believe the issue has been resolved.

    On February 28, 2023, defendants' attorneys sent me copies of 1099-MISC forms that they had filed with the IRS and mailed to each class member who received a settlement payment. I sent an email to all class members alerting them that the forms were being mailed and asking them to contact me if they did not receive their forms by the following Monday.

    On March 7, 2023, I received calls and emails from several class members stating that they received their 1099-MISC forms, but that their accountant or tax preparer believed that the settlement payment was listed in the wrong box. I immediately alerted defendants' attorneys to the issue.

    On March 8, 2023, defendants' attorneys emailed me copies of corrected 1099-MISC forms that they will file with the IRS and mail to each class member.

                                      Respectfully submitted,

                                      */s John J.P. Howley*

                                      John J.P. Howley